UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-61342-CIV-MORENO

SEAPOWER, INC,

        Plaintiff,

vs.

TONBO IMAGING PTE LTD,

        Defendant.

_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

THIS CAUSE came before the Court upon Motion to Dismiss **(D.E. 10)**, filed on **August 13, 2020**.

THE COURT has considered the motion, the opposition, the reply, and pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED** for insufficient service of process.

Plaintiff is a Virginia corporation with principle place of business in Broward County. Its owner, Vishal Kamal, previously consulted for the American subsidiary of Tonbo Imaging Ptd Ltd (the Defendant here). That subsidiary, Tonbo Imaging Inc., no longer exists. Plaintiff claims it fraudulently morphed into Pixels on Target, LLC to avoid a federal investigation. Plaintiff provides no evidence of this claim, and Pixels on Target is *not* owned by Tonbo Imaging Ptd Ltd. It is owned by two individuals—Jagrut Patel and Sumeet Suri.

After Tonbo Imaging Inc. ceased to exist, Plaintiff renewed its contact with the Singaporean parent company, i.e. Defendant here. That contract included a forum selection clause designating Singapore as the venue for any disputes relating to the contract. Still, Plaintiff sued in this

District, and served an employee, Jose Korneluk with the summons and complaint even though those documents were addressed to Jagrut Patel and Sumeet Suri.

Even though Plaintiff cites Fla. Stat. § 48.161, which provides for substituted service on a nonresident through the Secretary of State, all the facts indicate Plaintiff attempted service through Fla. Stat. § 48.081, service on a corporation. The statute provides that service can be made on certain employees of the corporation. Jose Korneluk was none of the employees listed in the statute. In fact, he is not even employed by Defendant.

The parties dispute whether Pixels on Target LLC is a successor corporation to Tonbo Imaging Inc. under Florida law, and could thus be served as the parent company's agent. However, even if that were possible, service on Pixels on Target LLC was not done properly.

In its briefing, Plaintiff asks for the opportunity to re-attempt service in a proper manner. The Court will allow the Plaintiff to re-attempt proper service, and then can address the of personal jurisdiction and forum selection when they are squarely presented.

Plaintiff has **until March 15, 2021** to complete proper service.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th of January 2021.

*Federico A. Moreno*

_____
   FEDERICO A. MORENO
   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record